# Court of Appeals
# of the State of Georgia

ATLANTA, May 07, 2025

*The Court of Appeals hereby passes the following order:*

## A25D0362. DELROY T. BOOTH v. LIEUTENANT R. ALLEN et al.

On March 14, 2025, inmate Delroy T. Booth filed this application for discretionary review of the trial court's December 20, 2024 order denying his request to proceed in forma pauperis to file a civil action.[1] We lack jurisdiction.

To be timely, an application for discretionary review must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35 (d). "The requirements of OCGA § 5-6-35 are jurisdictional and this [C]ourt cannot accept an appeal not made in compliance therewith." *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989).

---

[1] Booth filed the application in the Supreme Court of Georgia, which transferred it here. Case No. S25D0843 (Apr. 3, 2025).

As this application was filed 84 days after entry of the trial court's order, it is untimely and is hereby DISMISSED.[2]



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  05/07/2025

    I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

    Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.

---

[2] Booth appears to assert that his application should be deemed timely because he did not receive prompt notice of the order and he is not at fault for delays in the prison mail service. «**Appl. at 1, 4**» However, any failure by the trial court to notify Booth of its order or delays in the prison mail service would not extend the time for filing this application, and a party whose right to timely seek appellate review is frustrated due to a lack of timely notice of an order may file a motion asking the trial court to set aside the order and re-enter it. See *Moore v. State*, 308 Ga. 556, 557 (2) (842 SE2d 65) (2020); *Atlantic-Canadian Corp. v. Hammer, Siler, George Assoc.*, 167 Ga. App. 257, 257-258 (1) (306 SE2d 22) (1983).